IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:11cv293

| | |
|---|---|
| GEGE LEE FARLOW, JR., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> ) | ORDER |

**THIS MATTER** is before the Court the Plaintiff's Motion to Dismiss pursuant to Rule 41, Federal Rules of Civil Procedure [Doc. 11].

For the reasons stated in the motion, and there being no objection from the Defendant, it will be granted.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion to Dismiss pursuant to Rule 41, Federal Rules of Civil Procedure [Doc. 11] is hereby **GRANTED** and this action is hereby **DISMISSED** pursuant to Fed.R.Civ.P. 41(a)(2).

Signed: April 23, 2012

Martin Reidinger
United States District Judge