IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:11cv293

GEORGE LEE FARLOW, JR., )
)
    Plaintiff, )
)
v. ) ORDER
)
MICHAEL J. ASTRUE, )
Commissioner of Social Security, )
)
    Defendant. )
)

**THIS MATTER** is before the Court the Plaintiff's Motion to Dismiss pursuant to Rule 41, Federal Rules of Civil Procedure [Doc. 11].

For the reasons stated in the motion, and there being no objection from the Defendant, it will be granted.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion to Dismiss pursuant to Rule 41, Federal Rules of Civil Procedure [Doc. 11] is hereby **GRANTED** and this action is hereby **DISMISSED** pursuant to Fed.R.Civ.P. 41(a)(2).

Signed: April 23, 2012

Martin Reidinger
United States District Judge