# United States District Court
# For The Western District of North Carolina
# Asheville Division

GEORGE LEE FARLOW, JR.,

       Plaintiff,                      JUDGMENT IN A CIVIL CASE

vs.                                      1:11cv293

MICHAEL J. ASTRUE,
Commissioner of Social Security,

       Defendant.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 4/24/2012 Order.

                                                          Signed: April 24, 2012

                                           Frank G. Johns, Clerk
                                           United States District Court